IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § § § | |
| v. | § | No. CV 03-0942-M |
| ROBERT BREEDLOVE | § § § | JUDGE JAMES |
| Defendant. | § § § | MAGISTRATE JUDGE KIRK |

*JUDGMENT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT*

On the 9th day of December, 2005, the Court considered plaintiff, DIRECTV, Inc.'s Motion for Default Judgment against defendant, ROBERT BREEDLOVE, considering the request, the affidavits and other evidence on file, the Court finds the record supports default judgment. Therefore the Court orders the clerk to enter default judgment against defendant, ROBERT BREEDLOVE, in the sum of $10,000, the amount claimed, with costs and disbursements in the amount of $291.51, and attorney fees in the sum of $2,498.17, amounting in the sum of $12,789.68, plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid; and, that the Plaintiff have execution therefore;

It is further ORDERED and ADJUDGED that Defendant, ROBERT BREEDLOVE, is permanently enjoined from committing or assisting in the commission of any violation of the Cable

Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in committing any violation of 18 U.S.C. § 2511.

SIGNED on this 8 day of December, 2005.

_____
U.S. DISTRICT JUDGE